CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
February 24, 2026
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:18CR00025-014 |
| ) | |
| v.    ) | **OPINION AND ORDER** |
| ) | |
| **LARRY LEVI BENNETT,** ) | JUDGE JAMES P. JONES |
| ) | |
| Defendant.    ) | |

*Larry Levi Bennett, Pro Se.*

The defendant was sentenced by this court on January 29, 2020, to 235 months' imprisonment after convictions for drug offenses.[1] His appeal was unsuccessful. He has now filed a pro se motion which I construe as seeking compassionate release pursuant to 18 U.S.C. § 3582(c)(1), as well as the appointment of counsel. He contends that his sentence should not have been based on Ice methamphetamine and that "under todays [sic] law I would have <u>never</u> been sentenced to a 'purity.'" Mot. 2, Dkt. 1709.[2]

---

[1] Later reduced to 210 months under 18 U.S.C. § 3582(c)(2). Order 1, Dkt. No. 1504 (pursuant to Amendment 821).

[2] Ice is defined as being a mixture or substance of at least 80% purity. U.S. Sent'g Guidelines Manual (USSG) § 2D1.1 note (C) (U.S. Sent'g Comm'n 2025).

The court of appeals upheld the defendant's sentence based on the enhancement for ice methamphetamine. Moreover, there has been no change in the law relating to the 10-to-1 sentencing disparity between Ice methamphetamine and its lower-purity version, USSG § 2D1.1(c), even if there is an "evolving judicial skepticism toward disparate sentences for convictions involving 'actual' or 'ice' methamphetamine." *United States v. Griffin*, No. 24-1970, 2025 WL 1659278, at *2 (7th Cir. June 12, 2025) (affirming denial of motion for compassionate relief) (nonprecedential dispositive order).

For these reasons, the defendant's motion, Dkt. No. 1709, is DENIED.

ENTER: February 24, 2026

/s/ JAMES P. JONES
Senior United States District Judge